JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| KEIMYAH WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>ABM AVIATION, INC. ET AL.,<br><br>Defendants. | Case № 2:24-cv-02181-ODW (JDEx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Joint Stipulation to Dismiss pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action as to Plaintiff's individual claims. This dismissal is without prejudice as to any class claims that may exist. Except as expressly agreed by the parties, each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

November 25, 2024

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2